# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Cliffton Harris<br>(DOB: 07/24/1997)<br><br>*Defendant(s)* | Case No. 24-818M(NJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 27, 2024 in the county of Milwaukee in the Eastern District of Wisconsin, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from custody. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Alex Christensen*
Complainant's signature

Alex Christensen, USMS Deputy
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 3/12/2024

*Nancy Joseph*
Judge's signature

City and state: Milwaukee, Wisconsin

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND AN ARREST WARRANT

I, Alex Christensen, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal with the United States Marshal Service (USMS) for 4 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate state and federal fugitives. I am an investigator, or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, or information reported to me by federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging Cliffton Harris with escape from federal custody in violation of 18 U.S.C. § 751(a).

4. On July 14, 2016, Harris pled guilty in the Eastern District of Wisconsin for violating 18 U.S.C. §§ 2119(1), 924(c)(1)(A)(ii), and 2 in case number 16-CR-00073.

5. On November 1, 2016, Harris was sentenced and committed to the custody of the United Stated Bureau of Prison (BOP) to be imprisoned for a total term of 112 months to be followed by 4 years of Supervised Release.

1

6. On November 1, 2023, after serving time incarcerated with the BOP, Harris was transferred to serve the remainder of his prison sentence at the Parson's House Residential Reentry Center (RRC) located in Milwaukee, Wisconsin.

7. On February 27, 2024, at approximately 10:15a.m., the United States Marshals Service received notification from the Bureau of Prisons of Harris's escape status. According to Parson's House staff, Harris exited the front doors of Parson's House at 9:15 a.m. Parson's House staff attempted to contact Harris via his GPS monitoring device and telephonically to no avail. Harris's GPS monitoring device lost connection in the area of N 25th and W Burleigh St in Milwaukee, WI.

8. On March 11, 2024, this affiant contacted Parson's House to confirm that Harris was still on escape status and had not returned. Parsons's House staff confirmed that Harris was still considered a federal BOP escapee and would need to be located and apprehended by the USMS.

9. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and as such, does not set forth all the details of this investigation.

## CONCLUSION

10. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Cliffton Harris for a violation of 18 U.S.C. § 751(a), escape from custody.